| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>801 S. FIGUEROA ST., SUITE 1850<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426 | |
| [X] CHAPTER 13 TRUSTEE<br>[ ] *Individual appearing without attorney*<br>[ ] *Attorney for:* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>**ARMIDA DIAZ THOMPSON**<br><br><br><br><br>Debtor(s). | CASE NO.:    **2:25-bk-10016-DS**<br>CHAPTER: 13<br><br>**NOTICE OF MOTION UNDER LBR 3015-1(n) AND (w) TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br><br>[No hearing required unless requested under LBR 3015-1(w)] |
|---|---|

1. NOTICE IS GIVEN that the Debtor in the above-captioned case will move this court for an order granting the relief sought in the attached motion. The motion is based upon the grounds set forth in the motion. The motion is made pursuant to LBR 3015-1(n) and (w), which provide that this motion may be granted without a hearing.

2. **Deadline for Opposition Papers and Request for a Hearing:** Any party objecting to the attached motion must file with the court and serve on the Debtor and the chapter 13 trustee a written objection and request for a hearing on the motion. If you fail to file a written objection within 21 days of the date of service of this notice, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F), the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion.

Date: 7/8/2025

*/s/ Kathy A. Dockery/*
Signature of CHAPTER 13 TRUSTEE

KATHY A. DOCKERY, CHAPTER 13 TRUSTEE
Printed Name of CHAPTER 13 TRUSTEE

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                        Page 1                        F 3015-1.05.NOTICE.MODIFY.SUSPEND

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| KATHY A. DOCKERY<br>CHAPTER 13 TRUSTEE<br>801 S. FIGUEROA ST., SUITE 1850<br>LOS ANGELES, CA 90017<br>PHONE: (213) 996-4400<br>FAX: (213) 996-4426<br><br>[X] CHAPTER 13 TRUSTEE<br>[ ] Individual appearing without attorney<br>[ ] Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -  LOS ANGELES DIVISION**

In re:

ARMIDA DIAZ THOMPSON

CASE NO.: 2:25-bk-10016-DS
CHAPTER 13

**MOTION UNDER LBR 3015-1(n) AND (w)
TO MODIFY PLAN OR
SUSPEND PLAN PAYMENTS**

[No Hearing Required]

Debtor(s).

1. The Trustee hereby moves this court to modify the confirmed Chapter 13 Plan or suspend plan payments, as set forth in detail below.

2. The purpose of this motion is to *(check all that apply)*:
   - [X] Cure the delinquency.
   - [ ] Address the expiration of the plan.
   - [X] Cure the infeasibility of the plan.
   - [ ] Modify the amount of the plan payment, the length of the plan and/or the percentage to be paid to unsecured creditors because of a change in financial circumstances.

3. Terms of original confirmed Chapter 13 Plan:
   The Order Confirming Plan was entered on __04/02/2025__.
   Plan payment amount(s): $__1,619.02__ per month.
   Length of plan: __60__ months.
   Percentage paid to Class 5 general unsecured creditors: __100.00__ %.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                       Page 1        F 3015-1.05.MOTION.MODIFY.SUSPEND

4. There have been __0__ previous modification or suspension orders.
   Plan payments have been suspended for _____ months and/or the plan has been extended for _____ months.

5. Current plan terms *(complete this section if the confirmed chapter 13 plan has been subject to a previous modification or suspension order)*:
   Plan payment amount(s):$_____ per month.
   Length of plan: _____ months.
   Percentage paid to Class 5 general unsecured creditors: _____%.

6. Proposed modification:
   ☐ Suspend *(indicate number of plan payments)* _____ plan payments.
   ☐ Extend the term by *(indicate number of months)* _____ month(s).
   ☐ Reduce the term by *(indicate number of months)* _____ month(s).
   ■ Increase the plan payment from $__TBD__ to $__TBD__
     from (date) __TBD__ to (date) __TBD__.
   ☐ Reduce the plan payment from $_____ to $_____
     from (date) _____ to (date) _____.

7. Since the Order Confirming Plan or the last modification or suspension order was entered, the debtor's circumstances have changed in the following respect:

   **The Trustee files this Motion to Modify the Plan to provide notice to the Debtor and Creditor, CHANGE LENDING LLC, that the Trustee will contact the parties to discuss the plan modifications that are necessary to cure the post-confirmation mortgage payment arrearage and, if feasible, to provide for the Trustee to be delegated the task of paying all future ongoing mortgage payments. The detailed terms of the modification will be presented to the court by subsequent stipulation.**

8. If this motion is granted, the last plan payment due would be payable __60__ months after the first plan payment was due.

9. If this motion is granted:

   a. ■ There will be no change in the percentage paid to Class 5 general unsecured creditors,

   OR

   b. ☐ The percentage paid to Class 5 general unsecured creditors will change from _____% to _____%.

I declare under penalty of perjury that the following is true and correct.

Date: 7/8/2025

_____
Signature of CHAPTER 13 TRUSTEE

KATHY A. DOCKERY, CHAPTER 13 TRUSTEE
Printed Name of CHAPTER 13 TRUSTEE

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                           Page 2        F 3015-1.05.MOTION.MODIFY.SUSPEND